

The following constitutes the order of the court.
Signed April 3, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Tahoe Blue Property, Inc.,

        Debtor.

No. 13-46361

Chapter 7

**MEMORANDUM REGARDING HEARING ON TRUSTEE'S MOTOIN TO SELL REAL PROPERTY AND ABANDON REAL PROPERTY**

Lois I. Brady, the Trustee ("Trustee"), filed a motion to sell certain real property to Ramos Oil Co., Inc. ("Ramos Oil") and abandon the estates interest in certain property (Doc. 57). Debtor filed an objection to the motion to sell property located at 913 Emerald Bay Road, Emerald Bay, California, to Ramos Oil (Doc. 60). The California State Water Resources Control Board filed an objection to the motion to abandon property located at 1140 Emerald Bay Road, Emerald Bay, California, and a limited

1

objection to the motion to sell the 913 Emerald Bay Road property to Ramos Oil (Doc. 61).

The Trustee's motion is set for hearing on April 8, 2015. The Court requests that the parties come prepared to discuss with specificity the validity, extent, and priority of any secured claim held by Ramos Oil.

**End of Memorandum**

**COURT SERVICE LIST**

David M. Sternberg
David M. Sternberg and Assoc.
540 Lennon Ln.
Walnut Creek, CA 94598

Daniel M. Linchey
Goldberg, Stinnett, Davis and Linchey
44 Montgomery St. #850
San Francisco, CA 94104

Lois I. Brady
P.O. Box 12425
Oakland, CA 94604

Randy L. Barrow
Stephen M. Lerner
H. Alexander Fisch
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244